UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JONATHAN JOHNSON (#119406)

VERSUS                                                              CIVIL ACTION

MARK SHARP, ET AL.                                         NO. 05-1244-A

## RULING ON MOTION TO DISMISS

The court, has carefully considered the motions, the record, the law applicable to this action, and the report and recommendation of United States Magistrate Chrstine Noland dated January 24, 2007 (doc. 57). The plaintiff has filed an objection to the report and recommendation (doc. 58). The plaintiff has merely restated arguments made in the opposition to the original motion. The court finds that to the extent the plaintiff does raise additional arguments, these arguments are unpersuasive. The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss filed by the defendants (doc. 21) is hereby **GRANTED** and this action shall be **DISMISSED**.

Baton Rouge, Louisianan, February 13, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA